UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ALFRED SHANNON #109239 | CIVIL ACTION NO.  2:10CV207     SEC P |
| VERSUS | JUDGE MINALDI |
| ALAN J REINECKE ET AL | MAGISTRATE JUDGE KAY |

**MEMORANDUM ORDER**

    Before the court is a civil rights suit filed on February 8, 2010 .  Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reason(s):

    Plaintiff has failed to submit the complaint on approved forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS.  **Plaintiff must submit the complaint on approved forms that are legibly handwritten or typewritten.**

    Plaintiff has failed to submit either the $350.00 to file his complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $350.00 or a completed *in forma pauperis* application in order to proceed.**

    In accordance with the above,

    **IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

    **FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

    THUS DONE February 22nd, 2010

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE

cc: Shannon w/1983 & IFP forms